**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 3:20-CR-00030-BSM**

**NOAH JOHNSON, JR.** **DEFENDANT**

# ORDER

Noah Johnson's motion for clarification [Doc. No. 52] is granted to the extent that the judgment was unclear and it would help the BOP compute Johnson's sentence. Johnson was sentenced to ten years of imprisonment with credit for the twelve months he served before sentencing. Judgment, Doc. No. 36. This would effectively make his sentence 108 months, or nine years.

Notwithstanding this, it is without question that the district court does not compute sentences, the Bureau of Prisons does. *United States v. Wilson*, 503 U.S. 329, 333 (1992) ("After a district court sentences a federal offender, the Attorney General, through BOP, has the responsibility for administering the sentence . . . Because the offender has a right to certain jail-time credit under § 3585(b), and because the district court cannot determine the amount of the credit at sentencing, the Attorney General has no choice but to make the determination as an administrative matter when imprisoning the defendant.").

IT IS SO ORDERED this 2nd day of November, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE